UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WAHBA,

       Plaintiff,                      Case No. 1:13-cv-637

v.                                          HON. JANET T. NEFF

KELLOGG COMPANY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Defendant filed a Motion to Dismiss Plaintiff's ADA Claim (Dkt 32). The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on August 7, 2013, recommending that the motion be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 47) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's ADA Claim (Dkt 32) is GRANTED for the reasons stated in the Report and Recommendation.


Dated: December 10, 2013                                /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                  United States District Judge